FILED '08 SEP 18 17:10 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| REX LEE LARSEN, | Case: CV 04-1288-AC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN BELLEQUE, Superintendent, Oregon State Penitentiary, | |
| Respondent. | |

This matter having come before the Court on the Petitioner's Unopposed Motion to Dismiss, and the Court having considered the Petitioner's arguments in support, together with the fact that the Respondent does not oppose the motion;

IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss is granted. This action is dismissed without prejudice to the Petitioner's ability to refile following the exhaustion of state court remedies.

DATED this 18th day of September, 2008.

Hon. John Acosta
U.S. Magistrate Judge

Prepared by:
Todd H. Grover
Attorney for Petitioner

PAGE 1 – ORDER